A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 20, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 04, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1699

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-114)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,273 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 20, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCANNED
FEB 27 2009
U.S. DISTRICT COURT MPLS

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 2/20/09
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk

**IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1699

### SCHEDULE CTO-114 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

MARYLAND
   MD  8  09-160            Joseph C. Ruddy, Jr., et al. v. Pfizer Inc.

MINNESOTA
   MN  0  08-688            Bishop Morrow v. Pfizer Inc., et al.
   MN  0  09-134            Richard Emerson, et al. v. Pfizer Inc., et al.

TENNESSEE WESTERN
   TNW  1  08-1306          Ricky Whitten v. Pfizer Inc., et al.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking  
Clerk

450 Golden Gate Avenue  
San Francisco, CA 94102  
415.522.2000

23 February 2009

U.S. District Court  
District of Minnesota  
300 South 4th Street  
Minneapolis, MN 55415

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)                                              Your Case Number(s)
Richard Emerson, et al -v- Pfizer Inc., et al                 C.A. No. 0:09-00134

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial Panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the electronic case by using the e-transfer functionality of CM/ECF and contacting our Automation Department at ecfhelpdesk@cand.uscourts.gov to arrange for its electronic transfer. Otherwise, please forward the original record and a certified copy of the docket sheet to the above address, attention MDL Clerk and 1) e-mail any PDF documents, as separate PDF files, to SFmdl_clerk@cand.uscourts.gov or 2) provide the PDF documents on a disc, or 3) provide us with a temporary log in and a password to directly access your database to expedite the downloading of the PDF files we need and/or require. We appreciate your prompt attention to this matter.

Sincerely yours,  
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos  
Deputy Clerk

Encl.