1  Brian A. Goldstein
   Cellino & Barnes, P.C.
2  350 Main St., 25th Floor
   2500 Main Place Tower
3  Buffalo, New York 14202-3725
   Telephone: (716) 854-2020
4  Fax: (716) 854-6291
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| This Document Relates To: | |
| *Marjorie Young v. Pfizer Inc, et al.* (06-0119 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Judith Johnson, et al. v. Pfizer Inc, et al.* (07-6368 CRB) | |
| *Rose M. Scuteri v. Pfizer Inc, et al.* (08-3863 CRB) | |
| *Joseph G. Kessen v. Pfizer Inc, et al.* (08-5637 CRB) | |
| *Richard Emerson, et al. v. Pfizer Inc, et al.* (09-1031 CRB) | |
| *Della Beiter, et al. v. Pfizer Inc, et al.* (10-0568 CRB) | |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 7·22, 2010     By: /s/

CELLINO & BARNES, P.C.
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
Telephone: (716) 854-2020
Facsimile: (716) 854-6291

*Attorneys for Plaintiffs*

DATED: 10/6, 2010     By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE